IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

CARLTON HARRIS, II

    Defendant.

Case No. 3:09OCR65 (1) and
3:17MJ337

JUDGE WALTER H. RICE

---

DECISION AND ENTRY OVERRULING DEFENDANT'S ORAL MOTION FOR MODIFICATION OF BOND/RELEASE FROM DETENTION ORDER

---

Based upon reasoning set forth by the Court, in open Court and upon the record, on October 2, 2017, the Defendant's oral motion for modification of bond/relief from detention order is OVERRULED.

October 3, 2017

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Cameron Williams, USPO