IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARLTON HARRIS, II

    Defendant.

Case No. 3:09cr65 (1)

JUDGE WALTER H. RICE

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE THAT BEGAN AUGUST 1, 2014, REVOKING SAME AND IMPOSING SENTENCE, TO BE SERVED CONCURRENTLY WITH SENTENCE OF TIME SERVED IN CASE NO. 3:17CR172; NO PERIOD OF SUPERVISED RELEASE TO FOLLOW; NEITHER COUNSEL FOR THE GOVERNMENT NOR FOR THE DEFENDANT HAD ANY OBJECTIONS TO THIS COURT'S DISPOSITION; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD; TERMINATION ENTRY

---

On September 27, 2019, the Defendant appeared in open Court and admitted to a single allegation set forth against him in a Petition filed January 2, 2018, directing him to show cause why that status should not be revoked. Following said admission, which was accepted by the Court, the Defendant was found in violation of that Supervised Release.

Based upon the record made in open Court on the aforesaid September 27, 2019, the Defendant's Supervised Release was revoked and he was remanded to the custody of the Attorney General of the United States, the Bureau of Prisons, for a period of time served, said sentence to be served concurrently with the sentence of time served imposed, also on September 27, 2019, in Case No. 3:17cr172. There will be no period of Supervised Release to follow.

Neither counsel for the Government nor for the Defendant voiced any procedural or substantive objections to this Court's disposition.

Following the above, the Defendant was orally explained his right of appeal and he orally indicated an understanding of same.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

March 2, 2020

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Cameron Williams, USPO